**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2519**

DALILA ARZATE MENDOZA; L.A.U.A.,

Petitioners,

v.

WILLIAM P. BARR, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: June 18, 2019                                 Decided: June 27, 2019

Before NIEMEYER, MOTZ, and KEENAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Devon R. Senges, DUMMIT FRADIN, Greensboro, North Carolina, for Petitioner. Joseph H. Hunt, Assistant Attorney General, Cindy S. Ferrier, Assistant Director, Joseph A. O'Connell, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C. for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dalila Arzate Mendoza and her minor child, both natives and citizens of Mexico, petition for review of an order of the Board of Immigration Appeals (Board) dismissing Mendoza's appeal from the Immigration Judge's denial of her request for withholding of removal. We have thoroughly reviewed the record, including the transcript of Mendoza's merits hearing and all supporting evidence. We conclude that the record evidence does not compel a ruling contrary to any of the administrative agency's factual findings, *see* 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision, s*ee INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992).

Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re Arzate Mendoza* (B.I.A. Nov. 29, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2